**No. 48994.**—Protest 103456–K of Standard Wine & Liquor Co., Inc. (New York).

Opinion by OLIVER, P. J.   The collector's letter and statement on the invoice referred to therein was admitted in evidence at the trial without objection of the Government.   As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement the claim at ⅛ cent per pound was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 27, 1943

**No. 48995.**—Protests 975612–G, etc., of Baltimore & Ohio R. R. Co. (Baltimore).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the candlesticks in question are similar to the merchandise covered by the decision in *Marks & Rosenfeld, Inc.* v. *United States* (11 Cust. Ct. 66, C. D. 795), which record was incorporated herein, the protests were sustained to this extent.

**No. 48996.**—Protests 645428–G, etc., of Chong Lung Co. et al. (New York).

Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.   The protests were sustained.

**No. 48997.**—Protest 102040–K of United States Raw Skins Corp. (New York).

Opinion by COLE, J.   The record disclosed nothing to warrant disturbing the action of the collector which was held presumptively correct.   The protest was overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 27, 1943

**No. 48998.**—Protest 786868–G of Paul Bertuch & Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that certain of the merchandise in question consists of cocoa fiber mats in part of braid the same in all material respects as those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   In accordance therewith the claim under paragraph 1529 (a) was sustained.